STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. SALVATORE F. SPARACIO, DEFENDANT-PETITIONER.

*Mr. Ernest S. Glickman* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. Rudolph J. Rossetti* for the respondent.

July 8, 1968. Denied.

HAROLD CROSS, PLAINTIFF-PETITIONER, v. NYLONCRAFT, INC., DEFENDANT-RESPONDENT.

*Messrs. Meredith, Meredith & Demski* for the petitioner.

*Messrs. Lum, Biunno & Tompkins* for the respondent.

July 8, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN LEE JOSEPH, DEFENDANT-PETITIONER.

*Mr. Albert E. Fershing* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Robert A. Baime* for the respondent.

July 8, 1968. Denied.